UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DREAMCATCHER SOFTWARE
DEVELOPMENT, LLC
  Plaintiff,

vs.                                    3:01CV808 (AVC)

POP WARNER LITTLE SCHOLARS,
INC.,
  Defendant.

## ORDER TO SHOW CAUSE

The plaintiff is hereby ordered to show cause why the defendant's motions for summary judgment should not be granted because of the plaintiff's failure to comply with Local Rule 56(a)(3) in the submission of its statement of disputed material facts.

The plaintiff shall have to and including December 8, 2003 to comply with this order.

It is so ORDERED, this _17th_ day of November, 2003, at Hartford, Connecticut.

_____
Alfred V. Covello
United States District Judge