UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DREAMCATCHER SOFTWARE DEVELOPMENT, LLC,<br><br>PLAINTIFF<br><br>VS.<br><br>POP WARNER LITTLE SCHOLARS, INC., JON BUTLER, NEIL D. DRYBURGH, JOHN C. TRIMBACH, TROY A. BENSON, BENSON/TRIMBACH, INC., INTERACTIVE PLANET, INC. AND FRONTLINE INTERACTIVE, LLC,<br><br>DEFENDANTS | CIVIL ACTION<br>NO. 3:01-CV-808 (AVC)<br><br><br><br>NOVEMBER 19, 2003 |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff states that on November 17, 2003, the Court issued a show cause order referencing plaintiff's failure to comply with Local Rule 56(a)(3) in the submission of its Local Rule 56(a)(2) statement and, as plaintiff interprets it, giving plaintiff until December 8, 2003 to come into compliance. Plaintiff hereby advises the Court

that accompanying this response is a revised Local Rule 56(a)(2) statement – revised solely to include the Rule 56(a)(3) compliance materials (citations).

**PLAINTIFF DREAMCATCHER
SOFTWARE DEVELOPMENT, LLC**

By: *[signature]*

Richard C. Robinson (ct04321)
Pullman & Comley, LLC
90 State House Square, 13th Flr.
Hartford, CT 06103
Telephone (860) 541-3333
Facsimile (860) 541-9099
Its Attorneys

## **CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on November 19, 2003 to all counsel and pro se parties of record.

For the defendant:

Lisa M. Grasso, Esq.
Durant, Nicholas, Houston,
 Hodgson & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT  06604
(203) 366-3438
*Counsel for all Defendants*

Anthony B. Corleto, Esq.
Corleto & Associates, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT  06811

_____
Richard C. Robinson (ct04321)

HTFD/59775.2/RCR/128000v1