MAR 24  4 13 PM '03

U.S. DISTRICT COURT
HARTFORD

Anthony B. Corleto, Esq. (CT13520)
Corleto & Associates, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT 06811

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DREAMCATCHER SOFTWARE DEVELOPMENT, LLC | : |
| Plaintiff, | : CIVIL ACTION NO. |
| v. | : 3:01CV808(AVC) |
| POP WARNER LITTLE SCHOLARS, INC., JON BUTLER, NEIL D. DRYBURGH, JOHN C. TRIMBACH, TROY A. BENSON, BENSON/TRIMBACH, INC., INTERACTIVE PLANET, INC., AND FRONTLINE INTERACTIVE, LLC., | : |
| Defendants. | : March 24, 2003 |

**MOTION FOR SUMMARY JUDGMENT GRANTING THE COUNTER-CLAIM
PURSUANT TO FED.R.CIV.PRO. 56(b)**

Please take notice, that the defendants, Pop Warner Little

Scholars (hereinafter "PWLS"), hereby moves the court, pursuant to

Fed. R. Civ. Pro. 56(b), for an order finding: (I) that there are no

3:01CV808(AVC). January 9, 2004. Having reviewed the
submissions of the parties, the court concludes that there are
genuine issues of material fact. The motion for summary judgment
(document no. 46) is therefore DENIED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.