UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DREAMCATCHER SOFTWARE
DEVELOPMENT, LLC

V.   CASE NO. 3:01CV00808(AVC)

POP WARNER LITTLE SCHOLARS, INC.

### ORDER OF REFERRAL

The above-identified case is hereby referred to the Honorable Thomas P. Smith, United States Magistrate Judge, for purposes of settlement discussions. A settlement conference shall take place on February 26, 2004 at 10:00 a.m.

SO ORDERED.

Dated at Hartford, Connecticut, this 20th day of January, 2004.

Alfred V. Covello
United States District Judge