01cv808o

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JAN 26  P 12: 46

U.S. DISTRICT COURT
HARTFORD, CT.

DREAMCATCHER SOFTWARE
DEVELOPMENT, LLC,
    Plaintiff

    - v -

3:01-CV-808(AVC)

POP WARNER LITTLE
SCHOLARS, INC.
    Defendant

### ORDER

A settlement conference shall be held before the undersigned on **February 26, 2004, at 10:00 a.m.** The parties shall submit <u>ex parte</u> statements **to the Chambers of Judge Smith,** Room 258, not to exceed four pages, briefly setting forth their settlement positions, no later than February 24, 2004. **Facsimiles will not be accepted**.

**Counsel shall be accompanied by the appropriate persons with authority to settle.** <u>See</u> <u>Nick v. Morgan's Foods, Inc.</u>, 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000), <u>aff'd</u>, No. 00-2776, 2001 WL 1352164 (8th Cir. Nov. 5, 2001).

Dated at Hartford, Connecticut, this 26th day of January, 2004.

Thomas P. Smith
United States Magistrate Judge