**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DREAMCATCHER SOFTWARE DEVELOPMENT, LLC, | CIVIL ACTION NO.  3:01-CV-808 (AVC) |
| PLAINTIFF | |
| VS. | |
| POP WARNER LITTLE SCHOLARS, INC., JON BUTLER, NEIL D. DRYBURGH, JOHN C. TRIMBACH, TROY A. BENSON, BENSON/TRIMBACH, INC., INTERACTIVE PLANET, INC. AND FRONTLINE INTERACTIVE, LLC, | MAY 24, 2004 |
| DEFENDANTS | |

## MOTION FOR EXTENSION OF TIME

Plaintiff moves for an extension of time to comply with the Court's pre-trial order. Compliance is due May 28, 2004.  The extension sought is to June 24, 2004.  The reason plaintiff is seeking this extension is that the parties are scheduled for a settlement conference with Magistrate Judge Smith on June 16, 2004. The conference was requested and scheduled following the Court's ruling on defendant's summary judgment motions.  It was twice postponed at defendant's request.  Since expense avoidance is a goal/benefit/reason for settlement, it promotes settlement to extend this

deadline as requested.   This is the first motion for extension of this time period.

Moving counsel agrees that this motion should be granted.


**PLAINTIFF, DREAMCATCHER
SOFTWARE DEVELOPMENT, LLC**


By:    _____/s/
        Richard C. Robinson (ct04321)
        Pullman & Comley, LLC
        90 State House Square
        Hartford, CT 06103
        Telephone (860) 541-3333
        Facsimile (860) 424-4370
        Its Attorneys

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above

was mailed on May 24, 2004 to all counsel and pro se parties of record.


Anthony B. Corleto, Esq.
Corleto & Associates, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT  06811


_____/s/
Richard C. Robinson (ct04321)


HTFD/59775.2/CB/140073v1