**FILED**

2004 MAY 24  P 1:31

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DREAMCATCHER SOFTWARE DEVELOPMENT, LLC, | CIVIL ACTION NO. 3:01-CV-808 (AVC) |
| PLAINTIFF | |
| VS. | |
| POP WARNER LITTLE SCHOLARS, INC., JON BUTLER, NEIL D. DRYBURGH, JOHN C. TRIMBACH, TROY A. BENSON, BENSON/TRIMBACH, INC., INTERACTIVE PLANET, INC. AND FRONTLINE INTERACTIVE, LLC, | MAY 24, 2004 |
| DEFENDANTS | |

## MOTION FOR EXTENSION OF TIME

Plaintiff moves for an extension of time to comply with the Court's pre-trial order. Compliance is due May 28, 2004. The extension sought is to June 24, 2004. The reason plaintiff is seeking this extension is that the parties are scheduled for a settlement conference with Magistrate Judge Smith on June 16, 2004. The conference was requested and scheduled following the Court's ruling on defendant's summary judgment motions. It was twice postponed at defendant's request. Since expense avoidance is a goal/benefit/reason for settlement, it promotes settlement to extend this

May 27, 2004. GRANT
SO ORDERED.