UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DREAMCATCHER SOFTWARE DEVELOPMENT, LLC, | CIVIL ACTION NO.  3:01-CV-808 (AVC) |
| PLAINTIFF | |
| VS. | |
| POP WARNER LITTLE SCHOLARS, INC., JON BUTLER, NEIL D. DRYBURGH, JOHN C. TRIMBACH, TROY A. BENSON, BENSON/TRIMBACH, INC., INTERACTIVE PLANET, INC. AND FRONTLINE INTERACTIVE, LLC, | JUNE 25, 2004 |
| DEFENDANTS | |

**MOTION FOR EXTENSION OF TIME**

Plaintiff moves for an extension of time to comply with the Court's pre-trial order. Compliance is due June 24, 2004.  The extension sought is to October 16, 2004.  The reason plaintiff is seeking this extension is that the parties scheduled June 16, 2004 settlement conference with Magistrate Judge Smith was postponed to October 7, 2004.  The conference was originally requested and scheduled following the Court's ruling on defendant's summary judgment motions.  It was postponed three times at defendant's request.  Since expense avoidance is a goal/benefit/reason for settlement, it promotes settlement to extend this deadline as requested.  This is the second motion

for extension of this time period.  Moving counsel agrees that this motion should be granted.

                        **PLAINTIFF, DREAMCATCHER**
                        **SOFTWARE DEVELOPMENT, LLC**

By: _____/s/
     Richard C. Robinson (ct04321)
     Pullman & Comley, LLC
     90 State House Square
     Hartford, CT 06103
     Telephone (860) 541-3333
     Facsimile (860) 424-4370
     Its Attorneys

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed, first class U.S. mail, postage prepaid, on June 25, 2004 to all counsel and pro se parties of record.

Anthony B. Corleto, Esq.
Corleto & Associates, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT  06811

_____/s/
Richard C. Robinson (ct04321)

HTFD/59775.2/CB/141992v1