78

FILED

2004 JUN 25 A II: 02

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DREAMCATCHER SOFTWARE DEVELOPMENT, LLC, <br><br> PLAINTIFF <br><br> VS. <br><br> POP WARNER LITTLE SCHOLARS, INC., JON BUTLER, NEIL D. DRYBURGH, JOHN C. TRIMBACH, TROY A. BENSON, BENSON/TRIMBACH, INC., INTERACTIVE PLANET, INC. AND FRONTLINE INTERACTIVE, LLC, <br><br> DEFENDANTS | CIVIL ACTION NO. 3:01-CV-808 (AVC) <br><br><br><br><br><br><br><br> JUNE 25, 2004 |

## MOTION FOR EXTENSION OF TIME

Plaintiff moves for an extension of time to comply with the Court's pre-trial order. Compliance is due June 24, 2004. The extension sought is to October 16, 2004. The reason plaintiff is seeking this extension is that the parties scheduled June 16, 2004 settlement conference with Magistrate Judge Smith was postponed to October 7, 2004. The conference was originally requested and scheduled following the Court's ruling on defendant's summary judgment motions. It was postponed three times at

efit/reason for settlement

FILED 2004 JUL -1 A 5: [illegible] U.S. DISTRICT COURT HARTF[ORD]

3:01CV808(AVC). June 29, 2004. GRANTED. The parties shall have to and including October 16, 2004 to file their joint trial memorandum in accordance with the pretrial order. SO ORDERED.

Alfred V. Covello, U.S.D.J.