UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DREAMCATHCHER SOFTWARE
DEVELOPMENT, LLC,
          -Plaintiff


      V.                               3:01-CV-808 (AVC)


POP WARNER LITTLE SCHOLARS,
INC., et al.,
          -Defendants


## RULING AND ORDER

An oral motion having been made for the postponement of the settlement conference scheduled for October 7, 2004, and it having been duly considered, the motion is **DENIED**. The settlement conference will go forward as scheduled. The conference shall be attended by a duly empowered decision-maker from the defendants, as well as a representative of the defendants' insurance carrier with *sufficient authority* to settle the case. See Nick v. Morgan's Foods, Inc., 99 F.Supp.2d 1056, 1062-63 (E.D. Mo. 2000). It is not sufficient for an adjuster or decision-maker to be "available by phone." Counsel and the defendants' carrier are hereby ordered to read the aforesaid decision before the October 7, 2004 conference. There is ample time for a supervisory adjuster to familiarize

himself or herself with this case before the conference.  If a duly empowered decision-maker from defendants' carrier is not in attendance, sanctions may be imposed against the defendants.  <u>See</u> <u>Mulligan v. Sunbridge Healthcare Corporation</u>, Civil No. 3:03 CV 695 (AVC)(September 17, 2004).

**IT IS SO ORDERED at Hartford, Connecticut, this 4th day of October, 2004.**

_____
**Thomas P. Smith**
**United States Magistrate Judge**