FILED

2005 JAN 19 A II: 20

UNITED STATES DISTRICT COURT. DISTRICT COURT
DISTRICT OF CONNECTICUT    HARTFORD, CT.

| | |
|---|---|
| DREAMCATCHER SOFTWARE DEVELOPMENT, LLC,<br><br>PLAINTIFF<br><br>VS.<br><br>POP WARNER LITTLE SCHOLARS, INC., JON BUTLER, NEIL D. DRYBURGH, JOHN C. TRIMBACH, TROY A. BENSON, BENSON/TRIMBACH, INC., INTERACTIVE PLANET, INC. AND FRONTLINE INTERACTIVE, LLC,<br><br>DEFENDANTS | CIVIL ACTION<br>NO. 3:01-CV-808 (AVC)<br><br><br><br><br>JANUARY 14, 2005 |

## MOTION ON CONSENT TO STAY DEADLINES PENDING MEDIATION

The parties have agreed to submit this matter to private mediation. The mediation has been arranged and will occur on February 3, 2005. Plaintiff thus seeks an order staying any applicable deadlines or the issuance of a trial preparation order until February 11, 2005. Defendant consents to the granting of this motion.

PLAINTIFF DREAMCATCHER
SOFTWARE DEVELOPMENT, LLC

By: _____
Richard C. Robinson (ct04321)
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103
Tel: (860) 424-4300 Fax: (860) 424-4370
Juris No. 40177

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on January 14, 2005 to all counsel and pro se parties of record.

For the defendant:

Lisa M. Grasso, Esq.
Durant, Nicholas, Houston,
 Hodgson & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT 06604
(203) 366-3438
*Counsel for all Defendants*

Anthony B. Corleto, Esq.
Corleto & Associates, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT 06811

_____
Richard C. Robinson (ct04321)

HTFD/59775.2/RCR/154348v1