01cv808mstay

FILED

2005 JAN 19 A 11: 20

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| DREAMCATCHER SOFTWARE DEVELOPMENT, LLC, | CIVIL ACTION NO. 3:01-CV-808 (AVC) |
| PLAINTIFF | |
| VS. | |
| POP WARNER LITTLE SCHOLARS, INC., JON BUTLER, NEIL D. DRYBURGH, JOHN C. TRIMBACH, TROY A. BENSON, BENSON/TRIMBACH, INC., INTERACTIVE PLANET, INC. AND FRONTLINE INTERACTIVE, LLC, | JANUARY 14, 2005 |
| DEFENDANTS | |

**MOTION ON CONSENT TO STAY DEADLINES PENDING MEDIATION**

The parties have agreed to submit this matter to private mediation. The mediation has been arranged and will occur on February 3, 2005. Plaintiff thus seeks an order staying any applicable deadlines or the issuance of a trial preparation order until February 11, 2005. Defendant consents to the granting of this motion.

**PLAINTIFF DREAMCATCHER SOFTWARE DEVELOPMENT, LLC**

By: _____
Richard C. Robinson (ct04321)
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103
Tel: (860) 424-4300 Fax: (860) 424-4370
Juris No. 40177

3:01CV808(AVC). GRANTED. The case shall be stayed until February 11, 2005. SO ORDERED. January 21, 2005.

Alfred V. Covello, U.S.D.J.

2005 JAN 21 P 3:45
U.S. DISTRICT COURT
HARTFORD, CT