**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DREAMCATCHER SOFTWARE DEVELOPMENT, LLC,<br><br>PLAINTIFF<br><br>VS.<br><br>POP WARNER LITTLE SCHOLARS, INC., JON BUTLER, NEIL D. DRYBURGH, JOHN C. TRIMBACH, TROY A. BENSON, BENSON/TRIMBACH, INC., INTERACTIVE PLANET, INC. AND FRONTLINE INTERACTIVE, LLC,<br><br>DEFENDANTS | CIVIL ACTION<br>NO. 3:01-CV-808 (AVC)<br><br><br><br><br><br>MAY 24, 2005 |

**MOTION FOR EXTENSION OF TIME**

Plaintiff moves for a thirty day extension of time until June 26, 2005 to file the Joint Trial Memorandum. The undersigned counsel is in the process of withdrawing his appearance (subject, of course, to court approval) with plaintiff's consent. Plaintiff is in the process of arranging for successor counsel, but has yet to actually retain a successor. Trial is currently set for September. Hence, an extension will not prejudice anyone. This is, as best the undersigned

can determine, the third request for extension concerning this Joint Trial Memorandum. The undersigned assumes that defense counsel will object.

        **PLAINTIFF DREAMCATCHER**
        **SOFTWARE DEVELOPMENT, LLC**

By:    \_\_\_\_/s/_____
        Richard C. Robinson (ct04321)
        Pullman & Comley, LLC
        90 State House Square, 13th Flr.
        Hartford, CT 06103
        Telephone (860) 541-3333
        Facsimile (860) 541-9099
        Its Attorneys

## CERTIFICATE OF SERVICE

      Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on May 24, 2005 to all counsel and pro se parties of record.

For the defendant:

Lisa M. Grasso, Esq.
Durant, Nicholas, Houston,
 Hodgson & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT  06604
(203) 366-3438
Counsel for all Defendants

Anthony B. Corleto, Esq.
Corleto & Associates, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT  06811

                                         /s/
                                         Richard C. Robinson (ct04321)

HTFD/59775.2/RCR/162627v1