UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DREAMCATCHER SOFTWARE DEVELOPMENT, LLC,<br><br>PLAINTIFF<br><br>VS.<br><br>POP WARNER LITTLE SCHOLARS, INC., JON BUTLER, NEIL D. DRYBURGH, JOHN C. TRIMBACH, TROY A. BENSON, BENSON/TRIMBACH, INC., INTERACTIVE PLANET, INC. AND FRONTLINE INTERACTIVE, LLC,<br><br>DEFENDANTS | CIVIL ACTION<br>NO. 3:01-CV-808 (AVC)<br><br><br><br><br><br>MAY 24, 2005 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to L.Civ.R. 7, the undersigned moves for leave to withdraw his appearance as counsel of record for the plaintiff in the above-captioned matter. As grounds for this motion, the undersigned states that the lawyer client relationship between the "parties" has broken down irretrievably, that the plaintiff has agreed that the undersigned may withdraw and that it

will obtain new counsel. A copy of this Motion has been sent certified mail, return receipt requested to the plaintiff to give it formal notice of this Motion.

**PLAINTIFF DREAMCATCHER
SOFTWARE DEVELOPMENT, LLC**

By: _____/s/_____
Richard C. Robinson (ct04321)
Pullman & Comley, LLC
90 State House Square, 13th Flr.
Hartford, CT 06103
Telephone (860) 541-3333
Facsimile (860) 541-9099
Its Attorneys

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on May 24, 2005 to all counsel and pro se parties of record.

For the defendant:

Lisa M. Grasso, Esq.
Durant, Nicholas, Houston,
 Hodgson & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT  06604
(203) 366-3438
Counsel for all Defendants

Anthony B. Corleto, Esq.
Corleto & Associates, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT  06811

/s/
Richard C. Robinson (ct04321)

HTFD/59775.2/RCR/162623v1