**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

DREAMCATCHER SOFTWARE :
DEVELOPMENT, LLC,, :
  Plaintiff, :

                           :   Civil No. 3:01CV808(AVC)

vs. :

                           :

POP WARNER LITTLE SCHOLARS :
INC., et al., :
  Defendants. :

FILED
2005 JUN 20 P 1:55
DISTRICT COURT
HARTFORD, CT.

**NOTICE TO PLAINTIFF REGARDING WITHDRAWAL OF COUNSEL**

    The plaintiff's counsel, Richard C. Robinson, has filed a motion (document no.91) for leave to withdraw his appearance on behalf of the plaintiff.  Specifically, Attorney Robinson represents that "the lawyer client relationship . . . has broken down irretrievably . . ." No other attorney has filed an appearance on behalf of the plaintiff.

    The court notifies the plaintiff that pursuant to Local Rule 7(e), "failure to engage successor counsel . . . will result in the granting of the motion to withdraw and may result in a dismissal . . . being entered against" the plaintiff. D. Conn. L. Civ. R. 7(e).

    Accordingly, the plaintiff shall have twenty-one (21) days from the date of this order to have successor counsel file an appearance.

    It is so ordered this _20TH_ day of June, 2005 at Hartford, Connecticut.

                        _____
                        Alfred V. Covello
                        United States District Judge.