90

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| DREAMCATCHER SOFTWARE DEVELOPMENT, LLC, | CIVIL ACTION NO. 3:01-CV-808 (AVC) |
|---|---|
| PLAINTIFF | |
| VS. | |
| POP WARNER LITTLE SCHOLARS, INC., JON BUTLER, NEIL D. DRYBURGH, JOHN C. TRIMBACH, TROY A. BENSON, BENSON/TRIMBACH, INC., INTERACTIVE PLANET, INC. AND FRONTLINE INTERACTIVE, LLC, | MAY 24, 2005 |
| DEFENDANTS | |

**MOTION FOR EXTENSION OF TIME**

Plaintiff moves for a thirty day extension of time until June 26, 2005 to file the Joint Trial Memorandum. The undersigned counsel is in the process of withdrawing his appearance (subject, of course, to court approval) with plaintiff's consent. Plaintiff is in the process of arranging for successor counsel, but has yet to actually retain a successor. Trial is currently set for September. Hence, an extension will not prejudice anyone. This is, as best the undersigned

3:01CV808(AVC) June 17, 2005. The motion (document no.90) for extension of time to file the joint trial memorandum is GRANTED absent objection. The parties shall have to and including July 27, 2005 to file the joint trial memorandum. SO ORDERED.

Alfred V. Covello, U.S.D.J.

2005 JUN 20 P 1:55