FILED

2005 JUL -1 A 11:51

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DISTRICT COURT
HARTFORD, CT

| | |
|---|---|
| DREAMCATCHER SOFTWARE DEVELOPMENT, LLC | : |
| Plaintiff, | : CIVIL ACTION NO. |
| v. | : 3:01CV808(AVC) |
| POP WARNER LITTLE SCHOLARS, INC., JON BUTLER, NEIL D. DRYBURGH, JOHN C. TRIMBACH, TROY A. BENSON, BENSON/TRIMBACH, INC., INTERACTIVE PLANET, INC., AND FRONTLINE INTERACTIVE, LLC., | : |
| Defendants. | : June 29, 2005 |

**MOTION TO REOPEN DISCOVERY**

Pursuant to the Federal Civil Rules of Practice, the Defendant, Pop Warner Little Scholars, Inc. (hereinafter "Pop Warner") hereby moves to reopen discovery, to take the depositions of the following nonparty witnesses, whose anticipated testimony is material to Plaintiff's claims and Pop Warner's counterclaims:

1. Steve Pistillo, owner of Innovative Application Developers. Dreamcatcher's Managing Partner, William Brown, testified at deposition that Pistillo wrote and developed the majority of the software program originally entitled "Keystroke Administrator" (later changed to "Administrator"), which is the

subject of this litigation. Mr. Pistillo's anticipated testimony regarding the elements of this software program, is therefore material to Plaintiff's claims of trade secret theft, and the defenses asserted against the same.

2. Richard Wilzuski, CPA, who prepared Plaintiff's business plan/economic projection as a measure of Plaintiff's alleged economic loss. Wilzuski's anticipated testimony regarding the basis for his projection is material to Plaintiff's claimed damages, the defenses asserted against same, and Defendant's damages with respect to its counterclaims.

3. It is respectfully submitted that discovery was stalled for mediation which occurred during the month of February, and subsequently, based on the protracted withdrawal of plaintiff's counsel.

Accordingly, Defendant respectfully moves to reopen discovery to conduct the foregoing depositions.

THE DEFENDANT

POP WARNER LITTLE SCHOLARS, INC.

_____
Anthony B. Corleto, Esq. (CT13520)
CORLETO & ASSOCIATES, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT 06811-6100
(203) 790-7540
Juris No. 412229