UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DREAMCATCHER SOFTWARE DEVELOPMENT, LLC,,   Plaintiff, | : : : |
| vs. | : Civil No. 3:01CV808(AVC) : : |
| POP WARNER LITTLE SCHOLARS INC., et al.,   Defendants. | : : : |

**ORDER ON PLAINTIFF'S MOTION FOR WITHDRAWAL OF COUNSEL AND SECOND NOTICE TO PLAINTIFF REGARDING POSSIBLE DISMISSAL**

The plaintiff's counsel, Richard C. Robinson, has filed a motion (document no.91) for leave to withdraw his appearance on behalf of the plaintiff. Specifically, Attorney Robinson represents that "the lawyer client relationship . . . has broken down irretrievably . . ."

No other attorney has filed an appearance on behalf of the plaintiff. On June 21, 2005, the court notified the parties that pursuant to Local Rule 7(e), "failure to engage successor counsel . . . will result in the granting of the motion to withdraw and may result in a dismissal . . . being entered against" the plaintiff. D. Conn. L. Civ. R. 7(e). The court gave the plaintiff twenty-one (21) days to have successor counsel file an appearance. To date, no attorney has filed an appearance as successor counsel for the plaintiff.

The motion for withdrawal of counsel (document no. 91) is GRANTED. The plaintiff shall have to and including August 1, 2005 to have successor counsel file an appearance on behalf of the

plaintiff. If the plaintiff fails to do so, the court will dismiss this action.

The plaintiff's counsel of record, Richard C. Robinson, is hereby ordered to give notice of this order to the plaintiff, Dreamcatcher Software Development, LLC.

It is so ordered this 12TH day of July, 2005 at Hartford, Connecticut.

---
Alfred V. Covello
United States District Judge.