# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

Dreamcatcher Software Development, LLC
        Plaintiff

v.

**CASE NUMBER:** 3:01CV808(AVC)

2005 JUL 15 A 11: 03

Pop Warner Little Scholars, Inc., et als
        Defendants : July 12, 2005

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Dreamcatcher Software Development, LLC

| | |
|---|---|
| 7/12/05 | *[signature]* |
| **Date** | **Signature** |
| CT17535 | Timothy F. Sullivan |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| 203-574-0056 | One Exchange Place, Sixth Fl |
| **Telephone Number** | **Address** |
| 203.596-7975 | Waterbury, CT 06702 |
| **Fax Number** | |
| carole.mgslaw@snet.net | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this 14th day of July date to the following:

Lisa M. Grasso, Esq.
Durant, Nicholas, Houston, Hodgson & Cortese-Costa, PC
1057 Broad Street
Bridgeport, CT 06604

Anthony B. Corleto, Esq.
Corleto & Associates, PC
107 Mill Plain Road, Suite 200
Danbury, CT 06811

Attorney Richard Robinson
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103-3702

*[signature]*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001