# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## APPEARANCE

Dreamcatcher Software Development, LLC
            Plaintiff                    CASE NUMBER: 3:01CV808(AVC)
v.

Pop Warner Little Scholars, Inc., et als
            Defendants                   : July 12, 2005

**To the Clerk of this court and all parties of record:**

**Enter my appearance as counsel in this case for:**

Dreamcatcher Software Development, LLC

_7/12/05_
**Date**

_CT06393_
**Connecticut Federal Bar Number**

_203-574-0056_
**Telephone Number**

_203-596-7975_
**Fax Number**

carole.mgslaw@snet.net
**E-mail address**

**Signature**

_Daniel J. Mahaney_
**Print Clearly or Type Name**

One Exchange Place, Sixth Fl
**Address**

Waterbury, CT 06702

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Lisa M. Grasso
Durant, Nicholas, Houston, Hodgon & Cortese-Costa, PC
1057 Broad Street
Bridgeport, CT 06604

Anthony B. Corleto, Esq.
Corleto & Associates, PC
107 Mill Plain Road, Suite 200
Danbury, CT 06811

Attorney Richard Robinson
  Pullman & Comley, LLC
  90 State House Square
  Hartford, CT 06103-3702

**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001