UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DREAMCATCHER SOFTWARE DEVELOPMENT, INC.<br>Plaintiff,<br><br>vs.<br><br>POP WARNER LITTLE SCHOLARS, INC.<br>Defendant | CIVIL ACTION<br>NO. 3:01-CV-808 (AVC)<br><br><br>July 21, 2005 |

## MOTION FOR EXTENSION OF TIME

Plaintiff respectfully moves for a thirty day extension of time until August 27, 2005 to file the Joint Trial Memorandum. The undersigned counsel filed its appearance on July 12, 2005 upon predecessor attorney Richard Robinson's withdrawal. Undersigned counsel has not yet received Attorney Robinson's file or exhibits with respect to this matter, and is therefore unable to make an assessment of the case at this time. Attorney Robinson indicates that the file will be mailed to this office by Friday, July 22, 2005. This is, as best the undersigned counsel can determine, the fourth request for extension concerning this Joint Trial Memorandum. The undersigned assumes that defense counsel will object.

THE PLAINTIFF: DREAMCATCHER
SOFTWARE DEVELOPMENT, LLC

BY _____
DANIEL J. MAHANEY
MAHANEY, GEGHAN & SULLIVAN
One Exchange Place, Sixth Floor
Waterbury, CT 06702
Telephone: (203) 574-0056
Facsimile: (203) 596-7975
CT Fed. Bar No.: CT06393

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. Rule 5(b), I hereby certify that a copy of the above was mailed on July 19, 2005 to all counsel and pro se parties of record.

Lisa M. Grasso, Esq.
Durant, Nicholas, Houston, Hodgson & Cortese-Costa, P.C.
1057 Broad Street
Bridgeport, CT 06604

Anthony B. Corleto, Esq.
Corleto & Associates, PC
107 Mill Plain Road, Suite 200
Danbury, CT 06811

_____
Daniel J. Mahaney (CT06393)