# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DREAMCATCHER SOFTWARE DEVELOPMENT, INC.<br>Plaintiff,<br><br>vs.<br><br>POP WARNER LITTLE SCHOLARS, INC.<br>Defendant | CIVIL ACTION<br>NO. 3:01-CV-808 (AVC)<br><br>July 21, 2005 |

## MOTION FOR EXTENSION OF TIME

Plaintiff respectfully moves for a thirty day extension of time until August 27, 2005 to file the Joint Trial Memorandum. The undersigned counsel filed its appearance on July 12, 2005 upon predecessor attorney Richard Robinson's withdrawal. Undersigned counsel has not yet received Attorney Robinson's file or exhibits with respect to this matter, and is therefore unable to make an assessment of the case at this time. Attorney Robinson indicates that the file will be mailed to this office by Friday, July 22, 2005. This is, as best the undersigned counsel can determine, the fourth request for extension concerning this Joint Trial Memorandum. The undersigned assumes that defense counsel will object.

---

*Margin annotation (left side):* The plaintiff's motion for extension of time is GRANTED. The parties shall have to and including August 27, 2005 to file the joint trial memorandum. SO ORDERED.

3:01CV808(AVC) July 25, 2005.

A.V.C., U.S.D.J.