## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DREAMCATCHER SOFTWARE DEVELOPMENT, LLC,, <br>   Plaintiff, <br><br> vs. <br><br> POP WARNER LITTLE SCHOLARS INC., et al., <br>   Defendants. | : <br> : <br> : <br> :  Civil No. 3:01CV808(AVC) <br> : <br> : <br> : <br> : <br> : |

### ORDER ON THE DEFENDANT'S MOTION TO REOPEN DISCOVERY

The defendant, Pop Warner Little Scholars, Inc. have filed the within motion (document no. 94) to reopen discovery to take the depositions of two "nonparty witnesses": Steve Pistrillo and Richard Wilzuski. The plaintiff has not responded. Accordingly, the motion to reopen discovery (document no. 94) is GRANTED absent objection.

It is so ordered this 12th day of August, 2005 at Hartford, Connecticut.

                                          _____/s/_____
                                          Alfred V. Covello
                                          United States District Judge.