FILED

2005 AUG 19 A 11: 15

DISTRICT COURT
HARTFORD, CT.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DREAMCATCHER SOFTWARE DEVELOPMENT, INC.<br>Plaintiff, | CIVIL ACTION<br>NO. 3:01-CV-808 (AVC) |
| vs. | August 17, 2005 |
| POP WARNER LITTLE SCHOLARS, INC., et al<br>Defendants | |

### MOTION FOR EXTENSION OF TIME

Plaintiff respectfully moves for an extension of time in which to file the Joint Trial Memorandum, currently due August 27, 2005. On August 12, 2005, the Court granted the defendant's Motion to Reopen Discovery in order for the Defendant to take the depositions of two witnesses, namely, Steve Pistillo and Richard Wilzuski. These witnesses may provide testimony and/or evidence necessary to the submission of a complete Trial Memorandum.

The Plaintiff therefore requests that the Court extend the time in which to file a Joint Trial Memorandum until such time as the depositions can be completed. The parties currently have not scheduled the depositions. This is, as best the undersigned counsel can determine, the fifth request for extension concerning this Joint Trial Memorandum. The undersigned has spoken to defense counsel, who supports the request for extension of time.

THE PLAINTIFF: DREAMCATCHER
SOFTWARE DEVELOPMENT, LLC

BY _____
DANIEL J. MAHANEY
MAHANEY, GEGHAN & SULLIVAN
One Exchange Place, Sixth Floor
Waterbury, CT 06702
Telephone: (203) 574-0056
Facsimile: (203) 596-7975
CT Fed. Bar No.: CT06393

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. Rule 5(b), I hereby certify that a copy of the above was mailed on August 17, 2005 to all counsel and pro se parties of record.

Anthony B. Corleto, Esq.
Corleto & Associates, PC
107 Mill Plain Road, Suite 200
Danbury, CT 06811

_____
Daniel J. Mahaney (CT06393)

2