101

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 AUG 19  A 11: 15
DISTRICT COURT
HARTFORD, CT.

| DREAMCATCHER SOFTWARE DEVELOPMENT, INC.<br>Plaintiff,<br><br>vs.<br><br>POP WARNER LITTLE SCHOLARS, INC., et al<br>Defendants | CIVIL ACTION<br>NO. 3:01-CV-808 (AVC)<br><br><br>August 17, 2005 |
|---|---|

## MOTION FOR EXTENSION OF TIME

Plaintiff respectfully moves for an extension of time in which to file the Joint Trial Memorandum, currently due August 27, 2005. On August 12, 2005, the Court granted the defendant's Motion to Reopen Discovery in order for the Defendant to take the depositions of two witnesses, namely, Steve Pistillo and Richard Wilzuski. These witnesses may provide testimony and/or evidence necessary to the submission of a complete Trial Memorandum.

The Plaintiff therefore requests that the Court extend the time in which to file a Joint Trial Memorandum until such time as the depositions can be completed. The parties currently have not scheduled the depositions. This is, as best the undersigned counsel can determine, the fifth request for extension concerning this Joint Trial Memorandum. The undersigned has spoken to defense counsel, who supports the request for extension of time.

[Margin annotation, rotated]: 3:01cv808(AVC) August 22, 2005. The plaintiff's motion for extension of time is GRANTED as set forth herein. The parties shall have to and including September 19, 2005 to file the joint trial memorandum. SO ORDERED.
Alfred V. Covello, U.S.D.J.