FILED

2005 SEP 19 A 11: 12

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DREAMCATCHER SOFTWARE DEVELOPMENT, INC.<br>    Plaintiff, | CIVIL ACTION<br>NO. 3:01-CV-808 (AVC) |
| vs. | September 15, 2005 |
| POP WARNER LITTLE SCHOLARS, INC., et al<br>    Defendants | |

### MOTION FOR EXTENSION OF TIME

Plaintiff respectfully moves for an extension of time in which to file the Joint Trial Memorandum, currently due September 19, 2005. The Plaintiff has completed its respective portions of the Memorandum and has submitted a draft to the Defendants for their review and completion. The Plaintiff asserts that this time is needed to fully comply with the Court's Standing Order Regarding Trial Memoranda in Civil Cases.

The Plaintiff further asserts that the Defendants have scheduled the deposition of two witnesses, Stephen Pestillo and Richard Wilczweski, for October 12, 2005, and that these witnesses may provide testimony and/or evidence necessary to the submission of a complete Trial Memorandum. The Plaintiff therefore requests an extension of time until October 19th, 2005 in which to file the Joint Trial Memorandum. This is, as best the undersigned counsel can determine, the sixth request for extension concerning this Joint Trial Memorandum. The undersigned has spoken to defense counsel, who supports the request for extension of time.

THE PLAINTIFF: DREAMCATCHER
SOFTWARE DEVELOPMENT, LLC

BY _____
DANIEL J. MAHANEY
MAHANEY, GEGHAN & SULLIVAN
One Exchange Place, Sixth Floor
Waterbury, CT 06702
Telephone: (203) 574-0056
Facsimile: (203) 596-7975
CT Fed. Bar No.: CT06393

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. Rule 5(b), I hereby certify that a copy of the above was mailed on September 15, 2005 to all counsel and pro se parties of record.

Anthony B. Corleto, Esq.
Corleto & Associates, PC
107 Mill Plain Road, Suite 200
Danbury, CT 06811

_____
Daniel J. Mahaney (CT06393)

2