UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DREAMCATCHER SOFTWARE DEV, LLC

V.                    Case Number: 3:01CV 808(AVC)

POP WARNER LITTLE SCHOLARS, INC


NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on April 12, 2006 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on **May 12, 2006** unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut, April 19, 2006.


KEVIN F. ROWE, CLERK

By: ___/s/_____
    Fidelis Basile
    Deputy Clerk