```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT

DREAMCATCHER SOFTWARE DEV, LLC,:
                               :
      Plaintiff,               :
                               :   CASE NO. 3:01CV0808(AVC)
v.                             :
                               :
                               :
POP WARNER LITTLE SCHOLARS, INC:
                               :
      Defendants.              :
```

### J U D G M E N T

On April 12, 2006, counsel reported that this case had been settled. The parties were ordered to submit closing papers on or before May 12, 2006, and were informed that the action would be dismissed if closing papers were not filed on or before that date. As of today, no closing papers have been filed. Accordingly, this action is hereby dismissed with prejudice but without costs.

So ordered.

Dated at Hartford, Connecticut this     day of May, 2006.


                                    _____
                                          Alfred V. Covello
                                    United States District Judge