**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DREAMCATCHER SOFTWARE DEVELOPMENT, INC.<br><br>  Plaintiff,<br><br>vs.<br><br>POP WARNER LITTLE SCHOLARS, INC.<br><br>  Defendant | CIVIL ACTION<br><br>NO. 3:01-CV-808 (AVC)<br><br><br><br><br><br>May 30, 2006 |

## MOTION RE: SETTLEMENT

## MOTION TO CLOSE

The Plaintiff in the above entitled matter, Dreamcatcher Software Development, Inc., hereby moves to close the above matter. In support of this Motion, the undersigned maintains that the parties have executed a Settlement Agreement as to all claims and counterclaims involved. The undersigned further states that the matter has been settled to the satisfaction of all parties.

WHEREFORE, the Plaintiff respectfully requests that the above matter be closed.

> THE PLAINTIFF DREAMCATCHER
> SOFTWARE DEVELOPMENT, LLC.:
>
> BY _____
> Daniel J. Mahaney
> Mahaney, Geghan & Sullivan
> One Exchange Place, Sixth Floor
> Waterbury, CT 06702
> (203) 574-0056
> CT Fed. Bar No.: CT06393

### CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. Rule 5(b), I hereby certify that a copy of the above was mailed this 30 day of May, 2006 to all counsel and pro se parties of record.

Anthony B. Corleto, Esq.
Corleto & Associates, PC
107 Mill Plain Road, Suite 200
Danbury, CT 06811

_____
Daniel J. Mahaney (CT06393)

2