

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DREAMCATCHER SOFTWARE DEVELOPMENT, INC.<br><br>Plaintiff,<br><br>vs.<br><br>POP WARNER LITTLE SCHOLARS, INC.<br><br>Defendant | CIVIL ACTION<br>NO. 3:01-CV-808 (AVC)<br><br><br>May 30, 2006 |

## MOTION RE: SETTLEMENT
## MOTION TO CLOSE

The Plaintiff in the above entitled matter, Dreamcatcher Software Development, Inc., hereby moves to close the above matter. In support of this Motion, the undersigned maintains that the parties have executed a Settlement Agreement as to all claims and counterclaims involved. The undersigned further states that the matter has been settled to the satisfaction of all parties.

3:01CV808(AVC) June 7, 2006. The motion is GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.